**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
**BRANDON | SMERBER LAW FIRM**
139 East Warm Springs Road
Las Vegas, Nevada 89119
(702) 380-0007
(702) 380-2964 – *facsimile*
*l.brandon@bsnv.law*
*r.venci@bsnv.law*
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

MIRIAM ESCOBAR, an individual,

    Plaintiff,

v.

99 CENTS ONLY STORES LLC., a Foreign Limited-Liability Company; DOES 110, and ROE 1120, inclusive jointly and severally,

    Defendants.

CASE NO.: 2:22-cv-00889-JCM-DJA

**STIPULATION AND ORDER TO DISMISS DEFENDANT 99 CENTS ONLY STORES LLC, WITH PREJUDICE LEAVING NO REMAINING PARTIES**

IT IS HEREBY STIPULATED AND AGREED TO by LEW BRANDON, JR., ESQ., and RYAN VENCI, ESQ., of BRANDON | SMERBER LAW FIRM, on behalf of Defendant, 99 CENTS ONLY STORES, LLC, and Plaintiff, MIRIAM ESCOBAR, by and through JOSHUA P. BERRETT, ESQ., and KIMBALL JONES, ESQ., of BIGHORN LAW as follows:

/ / /

/ / /

/ / /

*Miriam Escobar v. 99 Cents Only Stores, LLC*
*Case No. 2:22-cv-00889-JCM-DJA*

That Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED this 13th day of April, 2023.   DATED this 13TH day of APRIL, 2023.

**BRANDON | SMERBER LAW FIRM**   **BIGHORN LAW**

/s/ *Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**   **KIMBALL JONES, ESQ.**
Nevada Bar No. 5880   Nevada Bar No. 12982
**RYAN VENCI, ESQ.**   **JOSHUA P. BERRETT, ESQ.**
Nevada Bar No. 7547   Nevada Bar o. 12697
139 East Warm Springs Road   **BIGHORN LAW**
Las Vegas, Nevada 89119   3675 W. Cheyenne Ave., Suite 100
*Attorneys for Defendant,*   North Las Vegas, Nevada 89032
*99 CENTS ONLY STORES, LLC*   *Attorneys for Plaintiff,*
   *MIRIAM ESCOBAR*

*Miriam Escobar v. 99 Cents Only Stores, LLC*
*Case No. 2:22-cv-00889-JCM-DJA*

**IT IS SO ORDERED** that Defendant, 99 CENTS ONLY STORES, LLC, be dismissed, with prejudice from the above-entitled matter, leaving no remaining parties. Each party to bear their own fees and costs.

DATED April 17, 2023.

*(signature)*
UNITED STATES DISTRICT JUDGE

*Respectfully submitted by:*

**BRANDON | SMERBER LAW FIRM**

*/s/ Lew Brandon, Jr., Esq.*

**LEW BRANDON, JR., ESQ.**
Nevada Bar No. 5880
**RYAN VENCI, ESQ.**
Nevada Bar No. 7547
139 East Warm Springs Road
Las Vegas, Nevada 89119
*Attorneys for Defendant,*
*99 CENTS ONLY STORES, LLC*